**United States District Court**
For the Northern District of California

1

2

3                    UNITED STATES DISTRICT COURT

4                  NORTHERN DISTRICT OF CALIFORNIA

5

6

7  KENNETH HARVEY,

8                    Petitioner,                    No. C 07-4229 PJH (PR)

9     vs.                                           **ORDER DENYING
                                                    PETITIONER'S MOTION FOR
10 D. K. SISTO, Warden,                             PERMISSION "TO FILE A
                                                    LATE COA"**
11                   Respondent.
                                              /
12

13        This is a habeas corpus case filed pro se by a state prisoner pursuant to 28 U.S.C.

14 § 2254.  The petition was denied on the merits on November 20, 2009.  On December 28,

15 2009, petitioner filed a "Motion Requesting Permission to File a Late COA."

16        The federal rules provide no deadline for filing a request for a certificate of

17 appealability, so the motion is unnecessary.  And it cannot be construed as a notice of

18 appeal, because so construed it would be untimely and because it does not meet the

19 requirements for a notice of appeal.  See Fed. R.App.P. 4(a)(1) (30 days), 3(c) (contents

20 of notice of appeal).  Nor can it be construed as a motion for an extension of time to

21 appeal, because it does not contain any attempt to show excusable neglect or good cause

22 for delay, see Fed. R.App.P. 4(a)(5).  The motion (document number 29 on the docket) is

23 **DENIED**.

24        **IT IS SO ORDERED.**

25 Dated: January 19, 2010.

26                                              PHYLLIS J. HAMILTON
                                               United States District Judge
27

28

G:\PRO-SE\PJH\HC.07\HARVEY229.EXT-COA.wpd