UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KENNETH HARVEY,

    Petitioner,

vs.

D. K. SISTO, Warden,

    Respondent.

                                /

No. C 07-4229 PJH (PR)

**ORDER DENYING CERTIFICATE OF APPEALABILITY AND DENYING MOTION FOR COUNSEL**

       This is a habeas case under 28 U.S.C. § 2254 filed pro se by a state prisoner. The court denied the petition in a ruling entered on November 20, 2009. Petitioner has filed a timely notice of appeal and a motion for assignment of counsel.

       Petitioner has not requested a certificate of appealability ("COA"), but the notice of appeal will be treated as such a request. *See United States v. Asrar*, 116 F.3d 1268, 1270 (9th Cir. 1997) (if no express request is made for a COA, the notice of appeal shall be deemed to constitute a request for a certificate).

       A petitioner may not appeal a final order in a federal habeas corpus proceeding without first obtaining a certificate of appealability (formerly known as a certificate of probable cause to appeal). *See* 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b). A judge shall grant a certificate of appealability "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The certificate must indicate which issues satisfy this standard. *See id.* § 2253(c)(3). "Where a district court has rejected the constitutional claims on the merits, the showing required to satisfy § 2253(c) is straightforward: the petitioner must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." *Slack v.*

1  *McDaniel*, 120 S.Ct. 1595, 1604 (2000).

2      For the reasons set out in the order denying the petition, jurists of reason would not
3  find the result debatable or wrong.  The implied request for a COA is **DENIED**.  Petitioner's
4  motion for appointment of counsel (document number 31 on the docket) is **DENIED** without
5  prejudice to renewing it in the court of appeals if that court grants a COA.

6      The clerk shall transmit the file, including a copy of this order, to the Court of
7  Appeals.  *See* Fed. R.App.P. 22(b); *United States v. Asrar*, 116 F.3d 1268, 1270 (9th Cir.
8  1997).  Petitioner may then ask the Court of Appeals to issue the certificate, *see* R.App.P.
9  22(b)(1), or if he does not, the notice of appeal will be construed as such a request, *see*
10  R.App.P. 22(b)(2).

11      **IT IS SO ORDERED.**

12  Dated: March 2, 2010.

                                            PHYLLIS J. HAMILTON
13                                              United States District Judge

28  P:\PRO-SE\PJH\HC.07\HARVEY229.COA.wpd

United States District Court
For the Northern District of California